·DAVLEE CONSTRUCTION CORP. et al., Appellants, v. TOWN OF HUNTINGTON et al., Respondents.— In an action for a judgment declaring a zoning ordinance to be invalid and to restrain the enforcement thereof, plaintiffs appeal from an order granting defendants' motion requiring the service of an amended complaint separately stating and numbering the causes of action set forth therein. Order reversed, with $10 costs and disbursements, and motion in all respects denied, without costs. The complaint alleges a single right on behalf of plaintiffs which it is claimed has been invaded by a single wrong by defendants. Under these circumstances there is but one cause of action. (*Payne* v. *New York, Susquehanna & Western R. R. Co.*, 201 N. Y. 436.) That plaintiffs' interests may not be in every respect identical is immaterial. (*Taintor* v. *Hattemer*, 273 App. Div. 1024.) Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

■

ETNOR REALTY Co. INC., Appellant, v. ALICE M. GOODMAN et al., Respondents. — In an action to compel specific performance of a contract whereby defendants agreed to sell real property to plaintiff, defendants counterclaimed for specific performance or for other relief. After trial at Special Term, a judgment was entered dismissing the complaint, awarding judgment to defendants for the relief demanded in their counterclaim, directing plaintiff to specifically perform the contract and providing that on plaintiff's failure to perform defendants might apply for resettlement of the judgment so as to provide for alternative relief. The plaintiff having failed to perform, the judgment was resettled so as to provide that the down payment of $6,500 shall be retained by defendants in accordance with the provisions of the contract. Plaintiff appeals from the judgment and from the resettled judgment. Resettled judgment unanimously affirmed, with costs. No opinion. Appeal from original judgment dismissed, without costs. The original judgment was superseded by the resettled judgment. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

■

REUBEN T. ISRAELSON, Appellant, v. CHARLES L. BRADLEY, Individually and as Administrator of the Estate of MARY E. BRADLEY, Deceased, et al., Respondents.— In an action for specific performance of an agreement for the sale of real property, plaintiff appeals from an order granting defendants' motion for judgment on the pleadings dismissing the complaint, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.